| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Leonard, J. Rich | 2. Court or Organization U.S. Bankruptcy Court - EDNC | 3. Date of Report 05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

300 Fayetteville Street
P. O. Box 1441
Raleigh, North Carolina 27602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Editor in Chief | American Bankruptcy Law Journal, National Conference of Bankruptcy Judges |
| 2. | Member, Board of Visitors | Campbell University School of Law |
| 3. | Trustee | Episcopal Diocese of North Carolina |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, J. Rich | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Editor-in-Chief, American Bankruptcy Law Journal | $22,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Salary - Peace College (teaching) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of American Law Schools | January 6 - 7, 2012 | Washington, DC | Assoc. of American Law Schools Conference | travel, meals, lodging |
| 2. | Federal Judicial Center | January 31- February 2, 2012 | Jacksonville, FL | National Strategic Planning Workshop for U.S. Bankruptcy Courts | travel, meals, lodging |
| 3. | Rhode Island Federal Bar Association | February 29 - March 1, 2012 | Providence, Rhode Island | Rhode Island Federal Bar Association Luncheon | travel, meals, lodging |
| 4. | American College of Bankruptcy Fellows | March 16, 2012 | Washington, DC | American College of Bankruptcy Fellows | travel, meals, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leonard, J. Rich | 05/14/2013 |

| | | | | |
|---|---|---|---|---|
| 5. | National Conference of Bankruptcy Judges | March 19 - 20, 2012 | Miami Beach, FL | National Conf. of Bankruptcy Judges Mid-Year Meeting & ABLJ Meeting | travel, meals, lodging |
| 6. | Federal Judicial Center | March 27 - 29, 2012 | Charleston, SC | Bankruptcy Judges' Workshop | travel, meals, lodging |
| 7. | Administration Office of the US Courts | April 25 - 27, 2012 | Washington, DC | Next Generation Project Steering Group Meeting & CACM Subcommittee Mtg | travel, meals, lodging |
| 8. | Eastern Bankruptcy Institute | May 30 - June 2, 2012 | N. Myrtle Beach, SC | Eastern Bankruptcy Institute Annual Meeting | lodging |
| 9. | Administrative Office of the US Courts | July 15 - 17, 2012 | Washington, DC | 1st Judicial Executive Leadership Conference | travel, meals, lodging |
| 10. | Administrative Office of the US Courts | August 12 - 13, 2012 | Washington, DC | CACM Subcommittee Meeting | travel, meals, lodging |
| 11. | National Conference of Bankruptcy Judges | October 23 - 27, 2012 | San Diego, CA | National Conf. of Bankruptcy Judges Annual Meeting & ABLJ Meeting | travel, meals, lodging |
| 12. | North Carolina Bar Assocation | November 9 - 10, 2012 | Greensboro, NC | North Carolina Bar Association Annual Meeting | meals, lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leonard, J. Rich | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Great Lakes Loan Corp. | Student Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, J. Rich | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BB&T - Bank Account | A | Interest | J | T | | | | | |
| 2. TIAA CREF Retirement | A | Interest | L | T | | | | | |
| 3. Fidelity Advisor 529 Portolio 2022 (no control) | A | Interest | J | T | | | | | |
| 4. Suntrust - Bank Account | A | Interest | J | T | | | | | |
| 5. Suntrust - Bank Account | A | Interest | J | T | | | | | |
| 6. Suntrust - Bank Account | A | Interest | J | T | | | | | |
| 7. Suntrust - Bank Account | A | Interest | J | T | | | | | |
| 8. Franklin Real Return Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 9. Franklin North Carolina Tax Free Class C - Mutual Fund | A | Interest | J | T | | | | | |
| 10. Russell Short Duration Bond Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 11. Russell Equity Growth Strategy Fund Class C - Mutal Fund | A | Dividend | K | T | | | | | |
| 12. Russell Strategic Bond Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 13. Templeton Global Bond Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, J. Rich | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leonard, J. Rich | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Rich Leonard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544